IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VERNON LEE, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 22-00088-CV-W-GAF |
| DENIS McDONOUGH, Secretary, United States Department of Veterans Affairs, | ) |
|       Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff does not satisfy the standard required to demonstrate constructive discharge for his Count 4. Counts 1, 2, and 3 are not properly before this Court. For these reasons and the reasons discussed above, Defendant's Motion for Summary Judgment is GRANTED.

Dated: March 18, 2024        PAIGE WYMORE-WYNN
       Clerk of Court

Entered: <u>March 18, 2024</u>        <u>/s/ Lisa Mitchell</u>
       (By) Deputy Clerk