**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

VERNON LEE, )
)
     Plaintiff, )
)
    v. )   Case No. 22-00088-CV-W-GAF
)
DOUGLAS A. COLLINS, SECRETARY OF THE )
DEPARTMENT OF VETERANS AFFAIRS, )
)
     Defendant. )

# RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Pursuant to the Court's ORDER of April 8, 2026 [Doc. 65], named defendant Douglas A.

Collins, in his official capacity as Secretary of the Department of Veterans Affairs ("the VA"),

hereby notifies the Court that the settlement of this matter has been completed with plaintiff

Vernon Lee and his counsel executing a RELEASE AND SETTLEMENT AGREEMENT and the

Department of the Treasury's Judgment Fund confirming payment of the agreed-upon settlement

amount of $22,500.00 to Lee and his counsel on April 15, 2026.

       Respectfully submitted,

       R. Matthew Price
       United States Attorney

    By  */s/ Jeffrey P. Ray*

       Jeffrey P. Ray
       Deputy United States Attorney
       Missouri Bar No. 35632

       Charles Evans Whittaker Courthouse
       400 East Ninth Street, Fifth Floor
       Kansas City, MO 64106
       (816) 426-4300
       jeffrey.ray@usdoj.gov

       ATTORNEYS FOR DEFENDANT